**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JEROME JUNIOR WASHINGTON
   PLAINTIFF
V.
C.O. J. JONES; et. al;
   DEFENDANTS

RECEIVED
MAR 15 2018 /BE/
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

/KEC PRISONERS COMPLAINT FORM 42. USC §1983 AND 28 U.S.C §1331(a) TO OBTAIN RELIEF FROM VIOLATION OF FEDERAL LAWS BY DEMANDED FOR JURY TRIAL JURISDICTION.

**INTRODUCTION:**

- PLAINTIFF JEROME JUNIOR WASHINGTON IS HEREBY PRO-SE LITIGANT FOR THIS SWORN VERIFICATION AND COMPLAINT. STATEMENT OF TESTIMONY HEREIN AS FOLLOW FOR THE UNITED STATES WESTERN DISTRICT OF PENNSYLVANIA TO OVERSEE THEIR JURISDICTION FOR THIS DECLARED PRISONERS COMPLAINT UNDER PENALTY OF PERJURY. PURSUANT UNDER THE UNITED STATES WESTERN DISTRICT 42 U.S.C. §1983 AND 28 U.S.C. §1331(a) TO OBTAIN RELIEF FROM VIOLATIONS OF FEDERAL LAWS. TO THE VIOLATIONS OF PLAINTIFF 8th AND 14th AMENDMENT RIGHTS OUT OF RETALIATION. TO PLAINTIFF TO VIOLATED THE PLAINTIFF CONSTITUTIONAL LAWS OF PRISONERS RIGHTS. TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY PRISON OFFICIALS OR PRISONERS ASSAULTS AND VIOLENCE UPON MENTALLY PHYSICALLY AND EMOTIONALLY HARM DAMAGES AND PAIN AND SUFFERING. WHY'LL THE PLAINTIFF STRUGGLE THROUGH THE ATTRIBUTIVE HARDSHIP OF SCI-GREENE SRTU GB PROGRAM OVERSEE BY THE CUSTODY SAFETY AND CONTROL SUPERVESURY NOOTHER THAN OVERALL SUPERINTENDENT/WARDEN Supt GILMORE IS THE OVERALL PROTECTOR DEFEND SAFETY AND CUSTODY CARE OF PRISONERS AND PRISON OFFICIAL TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT C.O. J. JONES FALSIFIED MISCONDUCT AND IRRATIONALLY PARTICIPATING HEREIN ON 3/28/17 AROUND 3:30pm ASSAULTIVE AND BATTERY EXISTED BY EXCESSIVE FORCE "(DC-ADM001)" POLICY. VIOLATION.

**II. PARTIES, JURISDICTION AND VENUE**

1.) PLAINTIFF JEROME JUNIOR WASHINGTON WAS CONFINED AT SCI-GREENE SRTU PROGRAMING ON GB UNIT AS AN MENTAL HEALTH SMI/ID D-ROSTER PATIENT OR PRISONER HEREIN PITTSBURGH JAIL UNDER A STATE CORRECTIONAL INSTITUTIONS LOCATED AT SCI-GREENE/175 PROGRESS DRIVE/WAYNESBURG PA 15370 UPON THE DEFENDANTS CONSTITUTIONAL VIOLATION'S OF LAWS TO THE 8th AND 14th AMENDMENT'S RICH IS

2.) PLAINTIFF JEROME JUNIOR WASHINGTON IS AND WAS AT ALL TIMES MENTIONED HEREIN AN ADULT CITIZEN OF THE UNITED STATES AND A RESEDENT OF THE STATE OF PITTSBURGH, PENNSYLVANIA.

3.) DEFENDANT; SUPERINTENDENT MR. GILMORE WAS AT ALL TIMES HEREIN SUPERENTENDENT/WARDEN OF SCI-GREENE SRTU PROGRAM. AS THE WARDEN OF THE MUNICIPAL PRISON. FOR THE CITY OF PITTSBURGH AND THE STATE OF PENNSYLVANIA DEFENDANT GILMORE MANAGES ITS DAY TO DAY OPERATION AND EXECUTES THE PRISON CORPORATION OF POLICES PRACTICES AND PROCEDURES AT ALL RELEVANT TIMES MENTION HEREIN PLAINTIFF SRTU-GB PROGRAM COMPLAINT.

4.) DEFENDANT; C.O. J. JONES WAS AT ALL RELEVANT TIMES HEREIN AN EMPLOYEE/GUARD OF THE PRISON OF SCI-GREENE SRTU GB UNIT MENTAL HEALTH PROGRAM AS AN PRISON OFFICIAL CORRECTIONAL OFFICER WORKING ON 2 TO 10 SHIFT ON 3/28/17 TO COMMIT THE VIOLATION TO PLAINTIFF 8th AND 14th AMENDMENTS RIGHTS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT.

5.) AS EMPLOYEE'S HEREIN EMPLOYMENT JOB ASSIGNMENT IS PRISON GUARDS AND WARDEN AT SCI-GREENE 175 PROGRESS DRIVE/WAYNESBURG PA 15370 AS THE ABOVE NAMED DEFENDANTS

6.) DEFENDANT'S CITY OF PITTSBURGH AND STATE OF PENNSYLVANIA IS WERE TO DEFENDANTS WAS AT ALL RELEVANT TIMES HEREIN A MUNICIPAL CORPORATION OF THE STATE OF PENNSYLVANIA.

7.) THIS ACTION ARISES UNDER AND IS BROUGHT PURSUANT TO 42 U.S.C. SECTION §1983 TO REMEDY THE DEPRIVATION; UNDER COLOR OF STATE LAW; OF RIGHTS GUARANTEED BY THE EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION. THIS COURT HAS JURISDICTION OVER THIS ACTION PURSUANT TO 28 U.S.C. SECTION §1331 AND 1343...

8.) PLAINTIFF'S CLAIM'S FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

9.) THIS CAUSE OF ACTION ARIISE IN THE WESTERN DISTRICT OF PENNSYLVANIA. THEREFORE, VENUE IS PROPER UNDER 28 U.S.C. SECTION 1391(b).

**III. PREVIOUS LAWSUITS BY PLAINTIFF**

10.) THE PLAINTIFF HAS FILED OTHER LAWSUITS DEALING WITH IN THIS SAME FACTS INVOLVED INTO THIS ACTION OR COMPLAINT. OTHERWISE RELATING TO PLAINTIFF JEROME JUNIOR WASHINGTON HV0282, IMPRESONMENT AT SCI-GREENE/175 PROGRESS DRIVE/WAYNESBURG PA, 15370 CORRECTIONAL INSTITUATIONS. AS FOLLOW

11) THE PLAINTIFF HEREIN HAS FILED THE BELOW SUITS OR INFORMATION AS ISSUED BELOW INTO THE BELIEF OF FILED CIVEL ACTIONS NOTES OR SUITS FILED INTO OTHER CIVEL ACTIONS CASE'S BELOW AS FOLLOW FROM 1 OUT OF 7

(A) HAVE YOU FILED OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS YES ☒ NO ☒

(B) IF YOUR ANSWER TO (A) IS YES, DESCRIBE EACH LAWSUIT BY ANSWERING QUESTIONS 1 THROUGH 7 BELOW. (IF THERE IS MORE THAN ONE LAWSUIT DESCRIBE THE ADDITIONAL LAWSUIT ON ANOTHER SHEET OF PAPER, USING THE SAME FORMAT.)

1) PARTIES: TO THE PREVIOUS LAWSUIT;
PLAINTIFF: JEROME WASHINGTON
DEFENDANT: CHRIS ROZICH; et; al,
2) COURT (IF FEDERAL COURT NAME THE DISTRICT, IF STATE COURT NAME THE COUNTY; EASTERN DISTRICT COURT.
3) DOCKET OR INDEX NUMBER: CIVEL DIVISION NO. 2:14-CV-05561-ER
4) NAME OF JUDGE ASSIGNED TO YOUR CASE THE HONORABLE EDUARD C. ROBRENO, J.
5) APPROXIMATE DATE OF FILING LAWSUIT
6) IS THE CASE STILL PENDING? YES ☒ NO ☒
7) WHAT WAS THE RESULT OF THE CASE? STILL PENDING ON AN HONORABLE ANSWER OR JUDGMENT OF THE JURISDICTION'S ORDERED OF THE CASE.

C) 1.) PARTIES; TO THE PREVIOUS LAWSUIT
PLAINTIFF: JEROME WASHINGTON
DEFENDANT: MICHAEL WENEROWICZ et; al;
2.) COURT (IF FEDERAL COURT NAME THE DISTRICT, IF STATE COURT NAME THE COUNTY: EASTERN DISTRICT COURT.
3) DOCKET OR INDEX NUMBER: CIVEL ACTION NO. 15-4102
4) NAME OF THE JUDGE ASSIGNED TO YOUR CASE THE HONORABLE EDUARDO C. ROBRENO J.
5) APPROXIMATE DATE OF FILING LAWSUIT
6) IS THE CASE STILL PENDING? YES ☒ NO ☒
7) WHAT WAS THE RESULT OF THE CASE? STILL PENDING FOR AN HONORABLE JUDGMENT FOR JUSTICE...

D) 1.) PARTIES; TO THE PREVIOUS LAWSUIT
PLAINTIFF: JEROME WASHINGTON
DEFENDANTS: JOHN DOE et; al;
2.) COURT (IF FEDERAL COURT, NAME THE DISTRICT; IF STATE COURT, NAME THE COUNTY: EASTERN DISTRICT COURT
3) DOCKET OR INDEX NUMBER: CIVEL ACTION NO. 2:14-CV-05540-ER
4) NAME OF JUDGE ASSIGNED TO YOUR CASE; THE HONORABLE EDUARDO C. ROBRENO J.
5) APPROXIMATE DATE OF FILING LAWSUIT
6) IS THE CASE STILL PENDING? YES ☒ NO ☒
7) WHAT WAS THE RESULT OF THE CASE? STILL PENDING

E) 1.) PARTIES; TO THE PREVIOUS LAWSUIT
PLAINTIFF: JEROME JUNIOR WASHINGTON
DEFENDANT: TOM WOLF; et; al;
2.) COURT (IF FEDERAL COURT NAME THE DISTRICT, IF STATE COURT NAME THE COUNTY: WESTERN DISTRICT COURT
3) DOCKET OR INDEX NUMBER: CIVEL ACTION NO. 2:16-CV-01714-LPL
4) NAME OF JUDGE ASSIGNED TO YOUR CASE; THE HONORABLE MAGISTRATE JUDGE LISA PUPO LENIHAN.

5.) APPROXIMATE DATE OF FILING LAWSUIT
6.) IS THE CASE STILL PENDING? ...
7.) WHAT WAS THE RESULT OF THE CASE? STILL PENDING ACTIVE

F.) 1.) PARTIES: TO PREVIOUS LAWSUIT
PLAINTIFF: JEROME WASHINGTON
DEFENDANTS: SUPT. ~~GILMORE~~ GIUNT et. al.,
2.) COURT (IF FEDERAL COURT NAME THE DISTRICT, IF STATE COURT, NAME THE COUNTY: MIDDLE DISTRICT COURT
3.) DOCKET OR INDEX NUMBER: CIVIL ACTION NO. 1:16-CV-1828
4.) NAME OF THE JUDGE ASSIGNED TO YOUR CASE: THE HONORABLE JOHN E. JONES III
5.) APPROXIMATE DATE OF FILING LAWSUIT?
6.) IS THE CASE STILL PENDING? YES ☒ NO ☒
7.) WHAT WAS THE RESULT OF THE CASE? STILL PENDING ACTIVE

G.) 1.) PARTIES: TO THE PREVIOUS LAWSUIT
PLAINTIFF: JEROME JUNIOR WASHINGTON
DEFENDANT: SCI-GRATERFORD SUPERINTENDENT MRS. LINK et., al.,
2.) COURT (IF FEDERAL COURT NAME THE DISTRICT, IF STATE COURT NAME THE COUNTY; EASTERN DISTRICT COURT
3.) DOCKET OR INDEX NUMBER: CIVIL ACTION NO. 16-3424
4.) NAME OF JUDGE ASSIGNED TO YOUR CASE: THE HONORABLE LUCY V. CHEN
5.) APPROXIMATE DATE OF FILING LAWSUIT?
6.) IS THE CASE STILL PENDING? YES ☒ NO ☒
7.) WHAT WAS THE RESULT OF THE CASE? STILL PENDING ACTIVE

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

12.) THE PLAINTIFF IS STILL TRYING TO EXHAUSTION ALL POSSIBLE REMEDIES THAT ARE OFFERED OR THAT IS BEING ALOUD AS AN INDIGENT PRISONER. IT'S HARD TO GET COPIES FROM SCI-GREENE GRIEVANCE COORDINATOR BEING AN INDIGENT PRISONER LITIGATING PRO-SE HEREIN DETERMINE TO STOP DEFENDANTS CRUEL AND UNUSUAL PUNISHMENT ACTION OF EXCESSIVE FORCE DC-ADMOO1 UNDER AN EXCESSIVE AND AGGRESSIVE LONG TERM DISCRETION ISOLATED AND CONFINED IN SHACKLES AND CUFFS BEING ASSAULT HEREIN SCI-GREENE SRTU PROGRAM IS AN UNCONSTITUTIONAL VIOLATION TO POLICY 13.8.1 THAT IS DEFINITELY BEING IGNORE JUST LIKE SCI-GREENE DENIAL ENZO LETTING PRISONER'S GRIEVE THROUGHOUT EXHAUSTION OF REMEDIES AS PRISON GRIEVANCE COORDINATOR AND SECURITY HAD INFORMED PLAINTIFF CLAIM WAS REVIEWAL BY THE HIGHEST OFFICIAL'S OF OSII PRISON AUTHORITIES THROUGHOUT AN EXCESSIVE FORCE DC-ADMO01 ASSAULT CLAIM

V. Claims of Factual Obligations

13.) DEFENDANT C.O. J. JONES ON MARCH 28, 2017 FALSIFICATED THE ELIGIBLE MISCONDUCT A( 034959 REPORT AND CHARGES OF/OR CLASS 1 * 1 ASSAULT, CLASS 1 * REFUSING TO OBEY AN ORDER OR/AND DEFENDANT'S C.O. J. JONES STAFF MEMBER'S VERSION: ON THE ABOVE DATE AND TIME THIS OFFICER WAS ASSISTING IN REMAINING INMATE WASHINGTON ~~STATED HE WAS NOT GOING TO LOCK IN~~ HV0282 FROM GB DAY ROOM BACK TO HIS CELL OF GB01. INMATE WASHINGTON STATED HE WAS NOT GOING TO LOCK IN AND TAKE IT IN. THIS OFFICER GAVE INMATE THREE DIRECT VERBAL ORDERS TO STAND UP AND LOCK IN AND TAKE IT IN. INMATE WASHINGTON THEN STOOD UP AND STARTED STRIKING THIS OFFICER IN MY LEFT LEG WITH HIS RIGHT FOOT SEVERAL TIMES. END OF STATEMENT... REFER TO H/E DUE TO ASSAULT ON STAFF. (INCIDENT TIME 1536); (INCIDENT INVOLVED OR DATE: 3/28/17); (DATE OF REPORT 3/28/17); (PLACE OF INCIDENT GB-DAY ROOM); (STAFF INVOLVED OR WITNESSES L.T. SCHAMP AND C.O. ADAMSON); (TIME SERVED NOTICE AND DATE: 3/28/17 AT 20:27); (HEARING SCHEDULE; DATE AND TIME 3/30/17 AT 0800...

14.) DEFENDANT C.O. J. JONES HAD COMPLETELY SIEWED CRUEL AND UNUSUAL PUNISHMENT UPON THE PLAINTIFF BEING BRUTALLY ASSAULTED BY ATLEAST TEN DIFFERENT STAFF MEMBER'S PURSUANT TO THE MALICIOUS ILL WILL OF INFAMY AND AGGRESSIVENESS TO THE HAPPENINGS ON 3/28/17 AT AROUND 3:30pm HOURS ON 2 TO 10 SHIFT BY THE INFAMOUS DEFENDANT C.O. J. JONES BRUTALITY JUDGMENT OF/OR ASSAULT WITHIN DEFENDANT C.O. J. JONES OWN ORDER'S OF COMMAND WITHIN AN HIGHER STAFF MEMBER PRESENT OR WITNESSES L.T. SCHAMP ON MISCONDUCT

PAGE 4.) DOCUMENTED REPORT #C-039959 FOR DEFENDANT C.O.' J. JONES AND/OR TO INCLUDE THE PRECISELY CLEARLY INFORMATION L.T. SCHAMP IS ALREADY ELIGIBLY IS AN DEFENDANT INTO CAPTION CASE NO. 16-1714-LPL

15.) PLAINTIFF HEREBY VERIFY THE FOREGOING SWORN INFORMATION IS THE TRUTH UPON THEE UNCONSTITUTIONAL VIOLATIONS FROM DEFENDANT C.O.' JONES ON DATE: 3/28/17 AT AROUND 3:30 P.M. ON 2 TO 10 SHIFT HOURS. WERE THE PLAINTIFF WAS SETTING AT THE S.R.T.U-GB TABLE INFRONT OF GB-01 WITH THE L.T. SCHAMP WHOM WAS TALKING TO THE PLAINTIFF AND ANOTHER INMATE AT THIS TIME UPON DEFENDANT C.O.' JONES COMING UP TO PLAINTIFF SETTING AREA WITH ANOTHER ESCORTING OFFICER AS GROUP WAS BEING TAKEN IN AT THIS TIME GROUP ACTIVITIES WAS UP. WERE DEFENDANT C.O. JONES HAD ASKED THE PLAINTIFF WAS HE READY TO GO IN. OR OFFICER HAD TAKEN THE TABLE PLAINTIFF SAID YES AND STOOD UP FROM SETTING WERE BOTH OFFICIALS PRESENT OR OFFICER HAD TAKEN THE TABLE CUFFS OFF OF THE PLAINTIFF BELTCUFF AND TOOK PLAINTIFF OUT OF LEG RESTRAINTS TO THE TABLE SET WERE PLAINTIFF HAD ASKED DEFENDANT C.O. S. JONES TO REMOVAL THEM DIRTY BOOTS FROM GB-01 CELL DOOR BECAUSE THEY ARE NOT MINE DEFENDANT C.O.' JONES SAID NO I'AM NOT MOVING THOSE BOOTS FROM YOUR DOOR SO YOU CAN FISH NO THEY ARE STAYING RIGHT THEIR AND I'M GOING TO PUT THAT PASTIC THING RIGHT BESIDE YOUR DOOR LIKE YESTERDAY 3/27/17 WITH THOSE BOOTS AGAIN SO PLAINTIFF SAID I'AM NOT GOING IN MY CELL UNTIL YOU MOVE THOSE DIRTY BOOTS FROM MY DOOR AND/OR PLAINTIFF THAN GRABED THE TABLE POLE AS THE PLAINTIFF HANDS ARE STILL CUFFED UP WITH AN BELTCUFF. AT THE SAME EXACT TIME WHEN DEFENDANT J. JONES HAD SAID YOU ARE GOING IN YOUR CELL ONE WAY OR ANOTHER BY FORCE EVEN IF WE HAVE TO ASSAULT YOU, WERE PLAINTIFF WAS ABOUT TO SET BACK DOWN IN TO THE TABLE SET. WHEN DEFENDANT HAD AGGRESSIVELY AND EXCESSIVELY CHARGED PLAINTIFF WITHIN INFAMY BRUTAL FORCE WERE TWO/OFFICIALS OR MORE HAD SHAMMED THE PLAINTIFF TO THE FLOOR WERE PRISON OFFICIALS WAS COMING FROM OUT OF NOWHERE BRUTALLY, AGGRESSIVELY, ASSAULTIVE TO THE PLAINTIFF AS THE PLAINTIFF IS STILL HANDCUFFED UP WITHIN AN BELT AROUND THE PLAINTIFF WAIST LINE TO HOLD THE PLAINTIFF HANDCUFFED UP AT THE BRUTAL MOMENT OF DEFENDANT J. JONES INFAMY WERE THE PLAINTIFF WAS GETTING AGGRESSIVELY MANHANDLE AND ASSAULTED BY AROUND TEN DIFFERENT OFFICIALS ON THE GROUND...

16.) DEFENDANT ASSAULTIVE AND BATTERY WAS AT THE TIME PLAINTIFF WAS SUBDUE IN HANDCUFF THE PLAINTIFF TRYING TO SET DOWN AT GB UNIT TABLE

17.) DEFENDANT ASSAULTED THE PLAINTIFF BY RUSHING THE PLAINTIFF EXCESSIVELY WITHIN TACKLING THE PLAINTIFF BRUTALLY OFF OF THE TABLE STOOL

18.) DEFENDANT ASSAULTED THE PLAINTIFF UNMERCIED

19.) DEFENDANT CONTINUE TO USE HIS WEIGHT AND PHYSICAL FORCE TO PEEN THE PLAINTIFF TO THE FLOOR.

20.) DEFENDANT BRUTAL FORCE TO PLAINTIFF BODY LEFT PLAINTIFF BLEEDING ANALLY ON 3/28/17

21.) DEFENDANT EXCESSIVENESS BUSTED PLAINTIFF LIP ON 3/28/17

22.) DEFENDANT AGGRESSIVENESS WITHALL PLAINTIFF IS SUBDUE IN CUFFS LEFT MARKS ALL OVER THE PLAINTIFF HANDS WHICH BECAME BRUISED AND SWOLLEN

23.) DEFENDANT J. JONES HAD ASSAULTED THE PLAINTIFF ON 3/28/17 AROUND 3:30 P.M. ON 2 TO 10 SHIFT WERE THE PLAINTIFF WAS THAN TAKEN TO SEE MEDICAL THE MEDICAL NURSES WHICH WAS TWO FEMALE NURSES PRESENT BUT BEFORE THE NURSES ARIVED THE PLAINTIFF WAS VERY UPSAT AND/OR HAD BEEN HUMLIATED AND EMBARASS BY DEFENDANT J. JONES ASSAULT AND BATTERY THAT HAD MADE THE PLAINTIFF EMOTIONALLY MAD AND ANGRY BECAUSE OF DEFENDANT J. JONES WRONGFULLY BRUTALLY BEATEN THE PLAINTIFF TO HAVE A BUSTED LIP WERE BLOOD WAS ON THE PLAINTIFF HANDS FROM PLAINTIFF LIP BLEEDING AND SWOLLEN ON PLAINTIFF WRISTS WHICH WAS AFTER PLAINTIFF WAS EMBARASS INFRONT OF ALL THE S.R.T.U. GB UNIT INMATES WERE THE PLAINTIFF HAD SAID ON CAMERA OUT OF FRUSTRATION AND ANGER UPON PLAINTIFF SAYING THAT IF I SEE THAT OFFICER AGAIN I'AM GOING TO KILL HIM THAT OFFICER BATTER NOT NEVER BE AROUND ME. PLUS MORE VERBAL ABUSIVE WORDS OUT OF FRUSTRATION DEPRESSION FOR THE WORDS USED AFTER BEING MENTALLY, PHYSICALLY AND EMOTIONALLY DAMAGE BY DEFENDANT EXCESSIVELY ASSAULTED AND AGGRESSIVELY HANDCUFFED UP WITHOUT AND CAMERA BEING PRESENT AT THE CRITICALLY IRRATIONAL OFFICAL BRUTALITY OUT OF RETAILATION OR HATRED MALICIOUS ILL WELL FOR AN UNCONSTITUTIONAL VIOLATIONS.

24.) DEFENDANT C.O' JONES KEEP ON JUMPING DOWNWARD WITH HIS WEIGHT DOWN ON THE PLAINTIFF BODY WHYLL THE PLAINTIFF IS CUFFED UP PEND TO THE GROUP

25.) DEFENDANT C.O' JONES WAS ENFORCED TO LEAVE OFF OF GB UNIT FOR HIS ACTIONS; NOT JUST ONE BUT TWICE TOLD TOO LEAVE OFF OF GB UNIT BY L.T. SCHAMP AS DEFENDANT C.O. JONES HAD CONTINUOUSLY TRIED TO COME BACK ON GB UNIT TO FINISH OFF THE ASSAULT THAT HE'VE STARTED

26.) DEFENDANT J. JONES TOOK IT UPON HIMSELF TO RUSH AND SLAM ME TO THE GROUP WHY'LL PLAINTIFF WAS

27.) AT ALL RELEVANT TIMES DEFENDANT Supt. GILMORE WAS AND IS HELD ACCOUNTABLE FOR THE OVERALL CUSTODY CONTROL AND PROTECTION OF PRISONERS AND PRISON OFFICIALS SAFETY AND CARE ADMINISTRATIVE PROTECTION AND SHARE AN EQUAL PART OF HIS OFFICIAL'S VIOLATION UNDER THE PRACTICES POLICIES DC-ADM001 ASSAULT PROCEDURAL LAWS UNDER GILMORE ACKNOWLEDGMENT OR KNOWINGS OF ACTUAL EVENT LIKE MARCH 28, 2017 BUT IGNORE BY TURN INTO THE OPPOSITED DIRECTION WITHIN AN BLIND EYE TO ASSUMPTION IT IS OKAY TO VIOLATED PLAINTIFF 8th AND 14th AMENDMENT RIGHTS TO THE CONSTITUTIONAL LAWS OF PRISONERS RIGHTS ON 3/28/17 HEREIN, DEFENDANT WERE "PERSON" FOR PURPOSES OF 42 USC. SECTION § 1983 AND ACTED UNDER COLOR OF LAW DEPRIVE PLAINTIFF OF THEIR CONSTITUTIONAL RIGHTS, AS SET FORTH MORE FULLY ABOVE.

### VI. RELIEF AND INJUNCTION

28.) RELIEF AND INJUNCTION NO MORE PRISON OFFICIAL'S ASSAULTIVE AND BATTERY ACTIONS WHY PRISONERS ARE HANDCUFFED UP AND SUBDUE

29.) RELIEF AND INJUNCTION FOR THE BURDEN OF PAIN CAUSED FROM ASSAULTIVE OFFICIALS TO THE MENTAL HEALTH PATIENTS SHOULD SHOW CAUSE FOR AN INJUNCTION SANCTION ON THEIR DUTY AND COST OF BURDEN TO THEIR EMPLOYMENT STATUS AND A SANCTION

30.) RELIEF AND INJUNCTION FOR MENTAL HEALTH PRISON OFFICIALS TO HAVE AN LESS SANCTAN ON THE USE OF CUFFS AND SHACKLES UPON MENTAL HEALTH PROGRAMMING GROUP AND LESS DISCRETION ON INMATES PLACEMENT.

### VII. RELIEF FACTUAL COMPENTATIONS

31.) DEFENDANT Supt. GILMORE IS SUED IN HIS INDIVIDUAL CAPACITIES AND OFFICIAL CAPACITIES FOR 1,000,000 DOLLARS UNDER THE VIOLATION OF PLAINTIFF 8th AND 14th AMENDMENTS RIGHTS.

32.) DEFENDANT Supt. GILMORE IS HOUSED AT SCI-GREENE/175 PROGRESS DRIVE/WAYNESBURG PA 15370 NUMBER 724·852·2902/WWW·COR·STATE·PA·US/DEFENDANT IS SUPERINTENDENT/WARDEN OF SCI-GREENE CORRECTIONAL INSTITUTIONS.

33.) DEFENDANT C.O. J. JONES IS SUED IN HIS INDIVIDUAL CAPACITIES AND OFFICIAL CAPACITIES FOR 1,000,000 DOLLARS UNDER THE VIOLATION OF PLAINTIFF 8th AND 14th AMENDMENTS RIGHTS.

34.) DEFENDANT C.O. J. JONES IS AT ADDRESS SCI-GREENE/175 PROGRESS DRIVE/WAYNESBURG PA 15370 NUMBER 724·852·2902/WWW·COR·STATE·PA·US/DEFENDANT IS A CORRECTIONAL OFFICER AT SCI-GREENE

### VIII. RELIEF CLAIMS

35.) PLAINTIFF INCORPORATES BY REFERENCE PARAGRAPHS 1 THROUGH 34. OF THIS COMPLAINT

36.) THE PLAINTIFF EIGHTH AMENDMENTS; AS APPLIED TO THE STATES BY THE FOURTEENTH AMENDMENT, PROHIBITS CRUEL AND UNUSUAL PUNISHMENT.

37.) DEFENDANT'S POLICIES, PRACTICES AND PROCEDURES SYSTEMICALLY VIOLATE THE EIGHTH AMENDMENT RIGHTS OF PRISONERS WITH MENTAL ILLNESS. SUCH POLICIES PRACTICES AND PROCEDURES INCLUDE, EXCESSIVE FORCE DC-ADM 001 ASSAULTIVE AND BATTERY, WITHOUT LIMITATION IN THE SRTU PROGRAM.

38.) CONFINEMENT OF PRISONERS IN SCI-GREENE SRTU-PROGRAM WITH SMI/ID MENTAL ILL PATIENTS IS ENFORCED TO A LONG TERM OF EXCESSIVE FORCE AND AGGRESSIVE DISCRETION EXCESSIVELY ENFORCED TO WORSEN THE CONDUCT AND CONDITION OF INMATES WITH SMI/ID AS SCI-GREENE SRTU PROGRAM IS WORSE THAN CONFINEMENT IN A R.H.U FOR THE CONDUCT TO BE DIRECTLY ATTRIBUTABLE TO DISRUPT AND DESTROY PLAINTIFF MENTAL ILLNESSES.

39.) RELIEF TRAIN STAFF MEMBERS TO ASSIST AND GUIDE PATIENT WITH THE SERIOUS MENTAL HEALTH HELP NEEDED TO BE ADEQUATELY PROVIDED.

40.) RELIEF PUNITIVE DAMAGES; NORMAL DAMAGES AND EVERY OTHER SUITABLE AND APPROPRIATE RELIEF THERE IS TO OFFER.

41.) RELIEF CLINICAL AND REHABILITATIVE STAFF UNDER MENTAL HEALTH TREATMENT AND CARE PROVIDED

42.) A PLAINTIFF SUING UNDER 1983 MUST ALLEGE TWO "ELEMENTS" THAT SOME PERSON HAS DEPRIVED PLAINTIFF OF A "FEDERAL RIGHTS" AND THAT THE PERSON WHO HAS DEPRIVED HIM OF THAT RIGHT ACTED UNDER COLOR OF STATE OR TERRITORIAL LAW. AS SO PLAINTIFF IS PROSE LITIGANT UNDER THE UNITED STATES DECLARED PENALTY OF PERJURY

JEROME WASHINGTON AV-0282
SCI-GREENE
175 PROGRESS DRIVE
WAYNESBURG PA 15370
DATE MARCH 8, 2018