IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME JUNIOR WASHINGTON., ) | |
| ) | Civil Action No. 18 – 342 |
| Plaintiff, ) | |
| ) | |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| MR. GILMORE, C.O. J. JONES, ) | |
| CITY OF PITTSBURGH and STATE ) | |
| OF PENNSYLVANIA ) | |
| ) | |
| Defendants. ) | |

## ORDER

**AND NOW** this 29th day of June, 2022, and pursuant to the oral motion made by defense counsel at the hearing held on this day to which Plaintiff's counsel did not object,

**IT IS HEREBY ORDERED** that Defendant State of Pennsylvania is **DISMISSED** from this action because it is entitled to Eleventh Amendment immunity. *See* Alabama v. Pugh, 438 U.S. 781, 782 (1978).

**AND IT IS FURTHER ORDERED** that the Clerk of Court terminate Defendant State of Pennsylvania from the docket.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:   Counsel of record
      (Via CM/ECF electronic mail)

1