IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME WASHINGTON, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br> C.O. JONES., )<br>  )<br>  Defendant. )<br>  ) | Civil Action No. 18 - 342<br><br>Magistrate Judge Lisa Pupo Lenihan<br><br>ECF Nos. 178, 179 |

ORDER ON POST TRIAL MOTIONS

**IT IS HEREBY ORDERED this 15th day of September, 2022,** that, for the reasons set forth in the Court's Memorandum Opinion filed on this date, Plaintiff's Motions for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(b) and Motion for a New Trial pursuant to rule 59(a) (ECF Nos. 178 and 179) are **DENIED.**

By the Court:

_____
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:   Jerome Junior Washington
      HV-0282
      SCI Rockview
      Box A
      1 Rockview Place
      Bellefonte, PA  16823

      Counsel of Record
      (Via CM/ECF electronic mail)